JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
CHRISTIAN R. RUIZ
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Christian.Ruiz@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>United States of America,<br><br>Defendant. | Case No. 2:24-cv-00762-JCM-DJA<br><br>**Status Report and Stipulation to Stay the Proceedings Pending Settlement Discussions (Fourth Request)** |

Plaintiff State Farm Mutual Automobile Insurance Company and Defendant the United States of America hereby stipulate and jointly move the Court to stay all deadlines in this matter and hold this case in abeyance for an additional period of 30 days, or until February 5, 2025. The parties are nearing finalization of the settlement documents, and they are in the process of finalizing settlement terms revolving around one provision that could affect the State-Farm insured's ability to recover their deductible under a separate action.

This is the fourth request to stay the proceedings. The parties submit this request neither for the purpose of delay nor to cause undue prejudice to any party nor for any other improper purpose. The parties submit this request to facilitate the parties' efforts to resolve the matter in a "just, speedy, and inexpensive" manner consistent with Fed. R. Civ. P. 1.

The parties reserve the ability to seek additional time to finalize resolution, if necessary, but anticipate they will be able to file dismissal paperwork prior to the identified deadline.

Respectfully submitted this 7th day of January 2025.

| | |
|---|---|
| CLERKIN, SINCLAIR & MAHFOUZ, LLP | JASON M. FRIERSON<br>United States Attorney |
| */s/ Richard L. Mahfouz II*<br>RICHARD L. MAHFOUZ II<br>Nevada Bar No. 15431<br>7251 W. Lake Mead Blvd., Suite 300<br>Las Vegas, Nevada 89128<br>*Attorney for Plaintiff State Farm Mutual Automobile Insurance Company* | */s/ Christian R. Ruiz*<br>CHRISTIAN R. RUIZ<br>Assistant United States Attorney<br>*Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
**United States District Judge**

DATED: January 10, 2025

2