SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar No. 5634
CHRISTIAN R. RUIZ
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Christian.Ruiz@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>United States of America,<br><br>Defendant. | Case No. 2:24-cv-00762-JCM-DJA<br><br>**Joint Status Report and Stipulation to Stay the Proceedings Pending Settlement (Fifth Request)** |

Plaintiff State Farm Mutual Automobile Insurance Company and Defendant the United States of America hereby stipulate and jointly move the Court to stay all deadlines in this matter and hold this case in abeyance for an additional period of six weeks, or until March 19, 2025.

The parties have fully executed a settlement agreement. Accordingly, the U.S. Attorney's Office for the District of Nevada submitted a corresponding request to disburse the settlement amount to Plaintiff's counsel. The parties anticipate the disbursement process will take two to four weeks, although it may take as long as six weeks. Once distribution of funds is effectuated, the parties will file dismissal papers.

This is the fifth request to stay the proceedings. The parties submit this request neither for the purpose of delay nor to cause undue prejudice to any party nor for any other improper purpose. The parties submit this request to facilitate the parties' efforts to resolve the matter in a "just, speedy, and inexpensive" manner consistent with Fed. R. Civ. P. 1.

The parties reserve the ability to seek additional time to finalize resolution, if necessary, but they anticipate filing dismissal paperwork prior to March 19, 2025.

Respectfully submitted this 5th day of February 2025.

| | |
|---|---|
| CLERKIN, SINCLAIR & MAHFOUZ, LLP | SUE FAHAMI<br>Acting United States Attorney |
| /s/ Richard L. Mahfouz II<br>RICHARD L. MAHFOUZ II<br>Nevada Bar No. 15431<br>7251 W. Lake Mead Blvd., Suite 300<br>Las Vegas, Nevada 89128<br>*Attorney for Plaintiff State Farm Mutual Automobile Insurance Company* | /s/ Christian R. Ruiz<br>CHRISTIAN R. RUIZ<br>Assistant United States Attorney<br>*Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
United States District Judge

DATED: February 11, 2025

2