SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar No. 5634
CHRISTIAN R. RUIZ
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Christian.Ruiz@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company,<br><br>              Plaintiff,<br><br>      v.<br><br>United States of America,<br><br>              Defendant. | Case No. 2:24-cv-00762-JCM-DJA<br><br>**Joint Stipulation and        Order of Dismissal With Prejudice** |

        Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff State Farm Mutual Automobile Insurance Company and Defendant the United States of America hereby stipulate to and request a dismissal with prejudice of each and every claim alleged in the Complaint (ECF No. 1), with each party to bear its own fees and costs.

        Respectfully submitted this 28th day of February 2025.

CLERKIN, SINCLAIR & MAHFOUZ, LLP


*/s/ Richard L. Mahfouz II*
RICHARD L. MAHFOUZ II
Nevada Bar No. 15431
7251 W. Lake Mead Blvd., Suite 300
Las Vegas, Nevada 89128
*Attorney for Plaintiff State Farm Mutual Automobile Insurance Company*

SUE FAHAMI
Acting United States Attorney


*/s/ Christian R. Ruiz*
CHRISTIAN R. RUIZ
Assistant United States Attorney
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

1

2

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company, | Case No. 2:24-cv-00762-JCM-DJA |
| Plaintiff, | **Order of Dismissal With Prejudice** |
| v. | |
| United States of America, | |
| Defendant. | |

        IT IS HEREBY ORDERED, pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this case is DISMISSED WITH PREJUDICE in its entirety, with each party bearing its own fees and costs.

        IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment accordingly, dismiss the action, and close the case.




                    IT IS SO ORDERED:



                    _____
                    United States District Judge


                    DATED: March 3, 2025
                    _____

2